OPINION — AG — ** TAXES — PENSION FUND ** QUESTION(1): ARE STATE OR FEDERAL EMPLOYEE PENSION BENEFIT A "CLASS OF SUBJECTS" SO AS TO REQUIRE UNIFORMITY OF TAXATION UNDER THE PROVISIONS OF ARTICLE X, SECTION 5 ?, QUESTION(2): IF THE ANSWER TO THE FIRST QUESTION IS IN THE AFFIRMATIVE, THEN ARE 68 O.S. 2358 [68-2358](B)(10), 70 O.S. 17-109 [70-17-109] AND 74 O.S. 923 [74-923] VIOLATIVE OF ARTICLE X, SECTION 5 FOR THE REASON THAT NOT ALL RETIREMENT BENEFITS RECEIVE A STATE TAX EXEMPTION AND, THEREFORE, TAXES ON RETIREMENT BENEFITS ARE NOT UNIFORM ? — THERE IS NO REQUIREMENT UNDER THE PROVISIONS OF ARTICLE X, SECTION 5 OKLAHOMA CONSTITUTION FOR UNIFORMITY OF TAX EXEMPTIONS ON PENSION BENEFITS, BECAUSE ARTICLE X, SECTION 5 IS APPLICABLE TO "PROPERTY TAXES" ONLY. (PENSION, EXEMPTIONS, PROPERTY, AD VALOREM, INCOME, REAL PROPERTY, TAX CODE) CITE:26 U.S.C.A. 61(A), 68 O.S. 1351 [68-1351], 68 O.S. 2353 [68-2353](3) 68 O.S. 2353 [68-2353](10) (GARY GARDENHIRE) ** SEE: OPINION NO. 88-020 (1988) ** SEE: OPINION NO. 89-039 (1990) ** SEE OPINION NO. 93-002 (1993) **